P. A. McDaniel, for appellant.
William C. Oates, for appellee.
Affirmed.
Opinion by Tyson, C. J.
Haralson, Simpson and Denson, JJ., concur.

---

## SANDERS V. CUNNINGHAM & CO., ET AT.

### *Equity.*

(Decided Nov. 29th, 1906.   42 South. 611.)

Appeal from Jackson Chancery Court.
Heard before Hon. W. H. Simpson.
W. H. Norwood, and John B. Talley, for appellant.
J. F. Proctor, and Virgil Bouldin, for appellee.
Appeal dismissed.
Opinion by Tyson, C. J.
Dowdell, Anderson, and McClellan, JJ., concur.

---

## THOMAS V. DANIEL BROS.

### *Detinue.*

(Decided Nov. 15th, 1906.   42 South. 623.)

Appeal from Cherokee Circuit Court.
Heard before Hon. James A. Bilbro.
C. Daniel, for appellant.
Burnett, Hood & Murphree, for appellee.
Appeal dismissed.
Opinion by Denson, J.
Weakley, C. J., and Haralson and Dowdell, JJ., concur.

---

## HANEY V. THE STATE.

### *Abusive and Insulting Language.*

(Decided Dec. 5th, 1906.   42 South. 683.)

Appeal from Cleburne County Court.
Heard before Hon. T. A. Johnson.

BURTON & McMAHAN, for appellant.
MASSEY WILSON, Attorney General, for appellee.
Affirmed.
WEAKLEY, C. J., HARALSON and DENSON, JJ., concur.

---

## LOUISVILLE & NASHVILLE R. R. CO. V. MULDER.

*Action for Damages to Passenger.*

(Decided Nov. 22, 1906.   42 South. 743.)

APPEAL from Elmore Circuit Court.
Heard before Hon. S. L. BREWER.
GEORGE W. JONES, H. L. GOLSON, and S. LAMAR FIELDS, for appellant.
LULL & TATE, for appellee.
Affirmed.
Opinion by SIMPSON, J.
TYSON, C. J., HARALSON, and DENSON, JJ., concur.

---

## MAYOR, ETC. of ENSLEY V. GOSWICK.

*Violation of City Ordinance.*

(Decided Jan. 15th, 1907.   42 South. 829.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. M. M. BALDWIN.
ROMAINE BOYD, for appellant.
A. LEO OBERDORFER, for appellee.
Reversed and remanded upon authority of Ensley v. Cohen, infra.
Opinion by ANDERSON, J.
TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.